**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:        J.B. v. The State of Texas for the Best Interest and Protection of J.B

Appellate case number:     01-19-00037-CV

Trial court case number:   I262843

Trial court:                County Probate Court No. 3 of Harris County

This is an appeal from an order to administer psychoactive medication. *See* TEX. HEALTH & SAFETY CODE ANN. §§ 574.106, 574.108. In the underlying proceeding, the trial court appointed Tom Zakes to represent appellant. *See id.* § 574.105(1). On March 7, 2019, the Clerk of this Court notified counsel that appellant's brief was overdue and, if we did not receive a response to our notice by March 18, 2019, we might dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b). No brief or response was filed. We then directed appellant to file a brief no later than April 8, 2019, and notified counsel that, if a brief was not filed, we might abate this appeal and remand the case to the trial court to determine whether appellant wishes to continue to pursue his appeal and whether substitute counsel should be appointed to represent appellant on appeal. *See* TEX. R. APP. P. 38.8(a)(2); *D.L.M. v. State*, No. 03-16-00240-CV, 2016 WL 3677806, at *1 (Tex. App.—Austin July 6, 2016, order). Appellant has not filed a brief.

Accordingly, we abate the appeal and remand the case to the trial court. The trial court is directed to immediately conduct a hearing at which a representative of the Harris County Attorney's Office and appellant's appointed counsel, Tom Zakes, shall be present. Appellant shall also be present for the hearing in person or, if he is confined, at the trial court's discretion, he may participate in the hearing by closed-circuit video teleconferencing.[1] The trial court is directed to determine whether appellant wishes to

---

[1] Any such teleconference must use a closed-circuit video teleconferencing system that provides for a simultaneous compressed full motion video and interactive communication of image and sound between the trial court, appellant, and any attorney representing appellant or appellee. On his request, appellant and his counsel shall be able to

continue to pursue his appeal, his appointed counsel has abandoned the appeal, and new counsel should be appointed to represent appellant on appeal.

The trial court shall make findings of fact and conclusions of law as to these issues. The trial court shall have a court reporter record the hearing and file the reporter's record with this Court within 30 days of the date of this order. The trial court clerk is directed to file a supplemental clerk's record containing the trial court's orders, findings, and any recommendations with this Court within 30 days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
                    ☑ Acting Individually        ☐ Acting for the Court

Date: ___April 16, 2019___

---

communicate privately without being recorded or heard by the trial court or appellee's counsel.